# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **JONATHAN OSWALT**, | ) Case No. 2:10-cv-01818-RSM |
| Plaintiff, | ) |
| vs. | ) **NOTICE OF SETTLEMENT** |
| **DANIEL N. GORDON, P.C., AND LVNV FUNDING, LLC,** | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Washington, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

Dated this 3rd day of May, 2011.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

Notice of Settlement - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

1 | Filed electronically on this 3rd day of May, 2011, with:

2

3 | United States District Court CM/ECF system

4 | Notification sent electronically via the Court's ECF system this 3rd day of May, 2011 to:

5

6 | Mr. Daniel N. Gordon
Attorney

7 | Daniel N. Gordon, P.C.
PO Box 22238

8 | Eugene OR 97402

9

10 | Mr. J. Kurt Kraemer
McEwen Gisvold, LLP

11 | 1100 S.W. Sixth Avenue, Suite 1600
Portland OR 97204

12

13 | By: s/Jessica DeCandia
    Jessica DeCandia

14

Notice of Settlement - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com